UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 3rd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Silveta Tador    JOINT DEBTOR: _____    CASE NO.: 24-14388-RAM

SS#: xxx-xx- 8573    SS#: xxx-xx- ____

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $717.40     for months 1 to 9 ;
2. $2,131.49   for months 10 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $7,775.00 | Total Paid: | $2,000.00 | Balance Due: | $5,775.00 |
|---|---|---|---|---|---|
| Payable | $486.11 | /month (Months 1 to 9 ) | | | |
| Payable | $700.00 | /month (Months 10 to 11 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$7,000.00 See Fee Application, Motion to Modify and Costs (January 2025) $775.00.
ARAG Legal Insurance will pay down payment of $2,000.00.
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS    ☐ NONE

A. **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: PNC Bank N.A.

   Address: 3232 Newmark Drive
   Miamisburg, OH 45342

   Last 4 Digits of Account No.: 7217

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $48,230.79 ($40,595.85 plus 7% interest) | |
   | Payoff | $167.20 | /month (Months 1 to 9 ) |
   | Payoff | $243.65 | /month (Months 10 to 11 ) |
   | Payoff | $943.65 | /month (Months 12 to 60 ) |

Other: Claim #4-1

☒ Real Property
    ☒ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☒ The debtor(s) will pay   ☒ taxes   ☒ insurance directly

Address of Collateral:
915 NE 135 Street Miami, FL 33151

☐ Personal Property/Vehicle
Description of Collateral:

---

**2. Creditor:** Global Lending Services LLC

Address: P.O. BOX 935538
Atlanta, Georgia
31193-5538

Arrearage/ Payoff on Petition Date: $47,937.80 ($38,381.34 + 10.5% interest over 52 months)

Payoff: $939.96 /month (Months 10 to 60)

Last 4 Digits of Account No.: 6524

Other: Claim #3-1

☐ Real Property
    ☐ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle
Description of Collateral: 2016 GMC YUKON XL,

---

**3. Creditor:** PNC Bank N.A.

Address: 3232 Newmark Drive
Miamisburg, OH 45342

Arrearage/ Payoff on Petition Date: $525.00

Payoff (Including 0% monthly interest): $10.30 /month (Months 10 to 60)

Last 4 Digits of Account No.: 7217

Other: Claim #4-1, Notice of Post Petition Fees and Expenses filed on 7/30/2024

☒ Real Property
    ☒ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☒ The debtor(s) will pay   ☒ taxes   ☒ insurance directly

Address of Collateral:
915 NE 135 Street Miami, FL 33151

☐ Personal Property/Vehicle
Description of Collateral:

---

B. **VALUATION OF COLLATERAL:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** ☒ NONE

E. **DIRECT PAYMENTS** ☒ NONE

Debtor(s): Silveta Tador    Case number: 24-14388-RAM

| | | |
|---|---|---|
| IV. | **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE | |
| V. | **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE | |

    A. Pay $24.43 /month (Months 10 to 60 )

       Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. SEPARATELY CLASSIFIED:    ■ NONE

| | | |
|---|---|---|
| VI. | **STUDENT LOAN PROGRAM**    ■ NONE | |
| VII. | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**    ■ NONE | |
| VIII. | **INCOME TAX RETURNS AND REFUNDS:** | |

    ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS**    ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Silveta Tador (Mar 6, 2025 13:13 EST)_    Debtor    03/06/2025    Joint Debtor
Silveta Tador                                    Date                                              Date

/s/ Jose P. Funcia, Esq.    March 5, 2025
                                                Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.