UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CASE No. 24-14388-BKC-RAM
                                                                       Chapter 13
SILVETA TADOR
    Debtor
_____/

MOTION TO MODIFY TERMS AND INTEREST RATE OF THE SECURED CLAIM O F GLOBAL LENDING SERVICES, LLC TREATED IN PLAN PUSUANT TO §1322 (b)(2)

COME NOW the Debtor, Silveta Tador, and hereby file this Motion to Modify Terms and Interest Rate on Secured Claim of Global Lending Services, LLC, Claim No.: 3 ("Global Lending Services, LLC") Treated in Plan Pursuant to §1322 (b)(2) and in support thereof state as follows:

1. The Debtor filed for Chapter 13 protection on May 2, 2024 to reorganize her debt.
2. That set forth in the Debtor's schedule is a 2016 GMC Yukon, Vin #1GKS1GKCXGR361641 with 69,000 miles valued by NADA $24,450.00 and valued by Global Lending Services, LLC at $4,882.96 as per Proof of Claim No.: 3
3. That Global lending Services, LLC holds a purchase-money security interest through a financing statement in Debtor's 2016 GMC Yukon in the amount of $34,882.96 bearing interest at the rate of 20.70% ("Secured Claim").
4. That at the time of filing for Chapter 13 protection, the prime interest rate was 8.25% and the Debtor seeks to modify the interest rate on the Secured Debt, under §1322 (b)(2), to 10.50% thereby including a 2.25% risk adjustment and modify the terms of the Secured Debt to provide for its cure over the life of the Plan.

**WHEREFORE** the Debtor respectfully request this Honorable Court enter an order

A) Approving the modification of the terms of the Secured Debt of Global Lending Services, LLC to the 60 month Plan term;
B) Approving the modification of the interest rate of the Global Lending Services, LLC's Secured Debt to 10.50%;
C) Setting forth that any claim filed by or on behalf of Global Lending Services, LLC shall be deemed amended accordingly.
D) Approving attorney fees and cost of $775.00 for representation involved with this motion

      I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

                                                Respectfully submitted,
Miller & Funcia, P.A.
13190 SW 134 Street Ste 105
Miami, FL 33186
Phone: 305-274-2922
Fax:    305-722-3656
millerandfunciapa@gmail.com
/s/_____
Jose P. Funcia, Esq. FBN 0698210