

ORDERED in the Southern District of Florida on April 28, 2025.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                           CASE NO. 24-14388-BKC-RAM
                                                 Chapter 13
SILVETA TADOR

_____Debtor_____/

**ORDER GRANTING MOTION TO MODIFY TERMS AND INTEREST RATE OF THE SECURED CLAIM OF GLOBAL LENDING SERVICES, LLC TREATED IN PLAN PURSUANT TO §1322 (b)(2)**

THIS CASE came to be heard on the April 15, 2025 consent calendar without opposition on the Debtor's Motion to Modify Terms and Interest Rate of the Secured Claim of Global Lending Services, LLC treated in plan pursuant to §1322 (b)(2) (ECF #64), and based on the record, it is **ORDERED:**

1. The Debtor's Motion to Modify Terms and Interest Rate of the Secured Claim of Global Lending Services, LLC treated in plan pursuant to §1322 (b)(2) is **GRANTED**.

2. The Interest rate of the secured Debt of Global Lending Services, LLC is modified to reflect an interest rate of 10.50%.

3. Any claim filed on behalf of Global Lending Services, LLC shall be deemed amended accordingly.

4. This Court approves an attorney's fee of $725.00 and cost of $25.00 as reasonable and necessary.

Submitted By:
Jose P. Funcia, Esq.
FBN - 0698210
Miller & Funcia, P.A.
13190 SW 134 Street Ste 105
Miami, FL 33186
Phone: 305-274-2922
Email: millerandfunciapa@gmail.com

Jose P. Funcia, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.